```
                    IN THE UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION



RE:   BRANDY NICOLE CRUMP                  )
      aka BRANDY CRUMP                     )
                                           )
The Bank of New York Mellon, f/k/a         )
The Bank of New York, as trustee           )      Chapter 13
for the certificateholders of the          )
CWABS, Inc. Asset-Backed                   )
Certificates Series 2006-3                 )
by Green Tree Servicing LLC                )
            Creditor,                      )      Case No. 14-28280
                                           )      Judge Eugene R. Wedoff
      vs.                                  )
                                           )
BRANDY NICOLE CRUMP                        )
aka BRANDY CRUMP,                          )
            Debtor,                        )
```

NOTICE OF MOTION


TO:   SEE ATTACHED ADDRESSES


    PLEASE TAKE NOTICE THAT ON May 14, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, U.S. Bankruptcy Judge, 219 S. Dearborn Street, Chicago, Illinois, room 744, and shall then and there present the attached Motion and at which time you may appear if you so desire.


CERTIFICATION

    I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on April 28, 2015, with proper postage prepaid.

```
                                    PIERCE & ASSOCIATES, P.C.
**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY           /s/Toni Townsend
INFORMATION OBTAINED WILL BE        Toni Townsend ARDC#6289370
USED FOR THAT PURPOSE**
                                    1 North Dearborn
                                    Suite 1300
                                    Chicago, Illinois 60602
                                    312-346-9088
PA15-0404
```

NOTICE OF MOTION ADDRESSES

To Trustee:
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, Illinois 60604
**By Electronic Notice through ECF**


To Debtor:
BRANDY NICOLE CRUMP aka BRANDY CRUMP
16331 Carse Ave
Harvey, IL 60426
**By U.S. Mail**


16348 Wood Street
Markham, IL 60428
**By U.S. Mail**



To Attorney:
Nathan C. Volheim
Sulaiman Law Group, LTD
900 Jorie Blvd
Oak Brook, IL 60523
**By Electronic Notice through ECF**




**PIERCE & ASSOCIATES, P.C.**
**Suite 1300**
**1 North Dearborn**
**Chicago, Illinois 60602**
**(312) 346-9088**



**PA15-0404**

```
                   IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

RE:    BRANDY NICOLE CRUMP              )
       aka BRANDY CRUMP                 )
                                        )
The Bank of New York Mellon, f/k/a      )
The Bank of New York, as trustee        )
for the certificateholders of the       )
CWABS, Inc. Asset-Backed                )
Certificates Series 2006-3              )
by Green Tree Servicing LLC             )
          Creditor,                     )      Case No. 14-28280
                                        )      Judge Eugene R. Wedoff
     vs.                                )
                                        )
BRANDY NICOLE CRUMP                     )
aka BRANDY CRUMP,                       )
          Debtor,                       )
```

## MOTION TO MODIFY THE AUTOMATIC STAY

NOW COMES The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 16331 Carse Ave, Harvey, IL 60426, be Modified, stating as follows:

1. On July 31, 2014, the above captioned Chapter 13 was filed.

2. On November 13, 2014, the above captioned Chapter 13 was confirmed.

3. Green Tree Servicing LLC services the first mortgage lien on the property located at 16331 Carse Ave, Harvey, IL 60426.

4. The Plan calls for the debtor to surrender the subject property.

5. The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC

continues to be injured each day it remains bound by the Automatic Stay.

6. The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC is not adequately protected.

7. The property located at 16331 Carse Ave, Harvey, IL 60426 is not necessary for the debtor's reorganization.

8. The debtor has no equity in the property for the benefit of unsecured creditors.

9. Green Tree Servicing LLC services the underlying mortgage loan and note for the property referenced in this Motion for Relief for The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommended, said foreclosure action will be conducted in the name of The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC (the noteholder).

10. The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-

    Backed Certificates Series 2006-3 by Green Tree Servicing LLC (the noteholder) has the right to foreclose because Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to the noteholder or has been duly endorsed.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT respectfully prays that the Automatic Stay on the property located at 16331 Carse Ave, Harvey, IL 60426, be modified, and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, and leave be granted to The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC to proceed with foreclosure, and for such other and further relief as this Honorable Court deems just.

The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC

/s/Toni Townsend
Toni Townsend ARDC#6289370

Pierce and Associates, P.C.
1 North Dearborn Street
Suite 1300
Chicago, Illinois 60602
(312)346-9088