**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) <u>BRANDY NICOLE CRUMP aka BRANDY CRUMP</u>    Case No. <u>14-28280</u>
Chapter <u>13</u>

All Cases: Moving Creditor <u>The Bank of New York Mellon, f/k/a The Bank of New York, as trustee for the certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-3 by Green Tree Servicing LLC</u>

Date Case Filed <u>July 31, 2014</u>

Nature of Relief Sought:  ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing <u> - </u> or Date Plan Confirmed <u>November 13, 2014</u>

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a.  ☒ Home
   b.  ☐ Car    Year, Make, and Model _____
   c.  ☐ Other (describe) _____

2. Balance Owed as of April 13, 2015: $<u>94,967.91</u>
   Total of all other Liens against Collateral $<u>-</u>

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $<u>75,000.00</u> (per debtor's schedule A)

5. Default
   a.  ☒ Pre-Petition Default
       Number of months <u>6</u>    Amount $<u>6,284.35</u>

   b.  ☒ Post-Petition Default
       i.  ☒ On direct payments to the moving creditor
           Number of months <u>9</u>  Amount $<u>9,456.10 including attorney fees and costs</u>

       ii. ☐ On payments to the Standing Chapter 13 Trustee
           Number of months <u> - </u>    Amount $<u>-</u>

6. Other Allegations
   a.  ☒ Lack of Adequate Protection § 362(d)(1)
       i.   ☐ No insurance
       ii.  ☐ Taxes unpaid    Amount $ _____
       iii. ☐ Rapidly depreciating asset
       iv.  ☒ Other (describe) <u>Plan to surrender</u>

   b.  ☒ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ☐ Other "Cause" § 362(d)(1)
       i.   ☐ Bad Faith (describe) _____
       ii.  ☐ Multiple Filings
       iii. ☐ Other (describe) _____

   d.  Debtor's Statement of Intention regarding the Collateral
       i.  ☐ Reaffirm ii ☐ Redeem iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: <u>April 28, 2015</u>                     by: /s/Toni Townsend
                                                Toni Townsend ARDC#6289370
                                                Counsel for Movant