Doc#. 1418308088 fee: $50.00
Date: 07/02/2014 01:29 PM Pg: 1 of 2
Cook County Recorder of Deeds
*RHSP:$9.00 RPRF:$1.00 FEES Applied

Recording Requested By:
Bank of America
Prepared By: Diana De Avila
1800 Tapo Canyon Road
Simi Valley, CA 93063
800-444-4302
When recorded mail to:
CoreLogic
Mail Stop: ASGN
1 CoreLogic Drive
Westlake, TX 76262-9823
[redacted]
DocID# [redacted]
Tax ID: [redacted]
Property Address:
16331 Carse Ave
Harvey, IL 60426-5954
[redacted]

This space for Recorder's use

MIN #: [redacted] MERS Phone #: [redacted]

# ASSIGNMENT OF MORTGAGE

For Value Received, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (herein "Assignor"), whose address is P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR AMERICA'S WHOLESALE LENDER, ITS SUCCESSORS AND ASSIGNS hereby assign and transfer to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2006-3 (herein "Assignee"), whose address is C/O BAC, M/C: CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063, and its successors and assigns all its right, title, and interest in and to a certain Mortgage described below.

Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICA'S WHOLESALE LENDER, ITS SUCCESSORS AND ASSIGNS

Borrower(s): BRANDY N CRUMP, A MARRIED WOMAN TO GREGORY V. CRUMP, JR.

Date of Mortgage: 8/3/2005 Original Loan Amount: $92,900.00

Recorded in Cook County, IL on: 8/22/2005, book N/A, page N/A and instrument number 0523435180

Property Legal Description:
THE NORTH 1/2 OF SOUTH 1/2 OF THE WEST 179.61 FEET OF THE EAST 1/2 OF LOT 2 (EXCEPTING FROM SAID TRACT THE WEST 33 FEET TAKEN FOR CARSE AVENUE, ) IN THE SUBDIVISION BY OWNERS OF THE NORTHWEST QUARTER OF THE SOUTHEAST OF SECTION 20, TOWNSHIP 36 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPT THE RIGHT OF WAY OF THE CHICAGO AND INTERURBAN TRACTION COMPANY) ALSO THE NORTH HALF OF THE SOUTH HALF OF THE NORTHEAST QUARTER OF THE SOUTHEAST QUARTER OF SECTION 20, TOWNSHIP 36 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED DECEMBER 12, 1945 AS DOCUMENT NO. 5651410, IN COOK COUNTY, ILLINOIS.

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AMERICA'S WHOLESALE LENDER, ITS SUCCESSORS AND ASSIGNS**

By: ______________________
Mercedes Judilla
Assistant Secretary

Date JUL 01 2014

State of **California**
County of **Ventura**

On JUL 01 2014 before me, Jane A. Martorana, Notary Public, personally appeared Mercedes Judilla, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

______________________
Notary Public: Jane A. Martorana
My Commission Expires: 5/26/18

**(Seal)**

JANE A. MARTORANA
COMM.# 2069546
NOTARY PUBLIC - CALIFORNIA
VENTURA COUNTY
My Comm. Expires May 26, 2018

DocID# [redacted]